**Christopher COLEMAN,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

No. 67830.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 2, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. No jurisprudential purpose would be served by a written opinion. The parties have been furnished with a memorandum opinion for their

information only, setting forth the facts and reasons for this order. Rule 84.16(b).